**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

BRIAN DALE WARREN, JR.,

      Plaintiff,

      v.

TYRONE OLIVER,

      Defendant.

CIVIL ACTION NO.: 6:25-cv-88

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's December 30, 2025, Report and Recommendation, (doc. 8), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 8.) Warren's Complaint is **DISMISSED**. (Doc. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 13th day of March, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA